UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

TODD KRIESLER,

                Plaintiff,                **RULE 7.1 STATEMENT**

     -against-                      13 CV 1646 (JMF)

PARK PIZZA INC., a New York corporation, d/b/a
PIZZA PARK and FIZZBIN LLC, a New York
limited liability company,

                Defendants.
_____X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for PARK PIZZA INC., certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held or privately owned.

Dated:  New York, New York
         May 8, 2013

                                      THE CATAFAGO LAW FIRM, P.C.

                                      By:   *Jacques Catafago*
                                      Attorneys for defendants
                                      The Empire State Building
                                      350 Fifth Avenue, Suite 4810
                                      New York, New York 10118
                                      (212) 239-9669