```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
TODD KREISLER,

                Plaintiff,

      -v-

PARK PIZZA INC., et al.,

                Defendants.
------------------------------------------------------------------ X

13 Civ. 1646 (JMF) (HBP)

ORDER OF REFERENCE
TO A MAGISTRATE
JUDGE

JESSE M. FURMAN, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| **X** | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

    The parties are directed to contact the chambers of Magistrate Judge Pitman by **May 31, 2013**, to schedule a settlement conference **in late June or early July 2013**.

SO ORDERED.

Dated: May 21, 2013
       New York, New York

                                                    JESSE M. FURMAN
                                           United States District Judge